Argued June 20, affirmed July 9, 1918.

## LISENBY *v.* LISENBY.

(173 Pac. 888.)

From Multnomah: GEORGE W. STAPLETON, Judge.

Department 1.

The plaintiff sued for and was granted a decree of divorce.  The defendant was given the custody of the two children, one of whom is now about 4 years of age and the other is now about 2 years of age.  The father was directed to pay $30 per month to the mother for the maintenance of the children.  The defendant did not ask for any affirmative relief but her answer contained only a general denial and a prayer for the dismissal of the suit.  The plaintiff was satisfied with the decree but the defendant appealed.     AFFIRMED.

For appellant there was a brief and an oral argument by *Mr. Samuel W. Stark.*

For respondent there was a brief and an oral argument by *Mr. Charles E. Lenon.*

HARRIS, J.—No useful purpose could possibly be accomplished by a detailed recital of the unhappy conditions which brought about the separation of the plaintiff and defendant. An examination of the record cannot but impress the reader that the plaintiff is a patient husband, kind father and a hard-working man; that the defendant is a good mother and a virtuous woman; and that in all likelihood harmony rather than discord would have prevailed had the parties lived alone and in a home of their own instead of attempting to live under the same roof with relatives, well meaning though they were. The trial court made an earnest attempt to effect a reconciliation. The plaintiff was willing to act upon the court's suggestions, but when the defendant refused, the court chose the only alternative and granted the plaintiff a decree of divorce. Neither party was allowed costs. It is enough to say that the entire record has been examined and that, on the facts disclosed by the record, the plaintiff was entitled to a decree of divorce. The decree of the Circuit Court is affirmed, but without costs to either party in this court.        AFFIRMED.

McBRIDE, C. J., BEAN and BURNETT, JJ., concur.